**Civil Action No. 4:24-cv-04976**

# Exhibit "A"

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **BRETT WHITE** | § | |
| | § | |
| | § | |
| **VS.** | § | **Civil Action No. 4:24-cv-04976** |
| | § | |
| | § | |
| **HOME DEPOT U.S.A., INC.** | § | **JURY DEMANDED** |

**INDEX OF DOCUMENTS**

**EXHIBIT A:** Index of Documents (filed with Notice of Removal)

**EXHIBIT B:** State Court Action Documents (filed with Notice of Removal) –

| Tab No. | State Court Document | Date Filed |
|---|---|---|
| B-1 | State Court Civil Case Summary | N/A |
| B-2 | Plaintiff's Original Petition | 10/15/2024 |
| B-3 | Request for Issuance of Service | 10/15/2024 |
| B-4 | Return of Service | 11/19/2024 |
| B-5 | The Special Exceptions and Original Answer of Defendant | 12/16/2024 |

**EXHIBIT C:** List of Parties & Counsel

**EXHIBIT D:** Civil Cover Sheet (filed with Notice of Removal)